DAVID J. GRECH
DGRECH@GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/2022



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

June 13, 2022

**VIA ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> Request GRANTED. No later than July 19, 2022, Defendant shall respond to the Complaint. In addition, the initial pretrial conference currently scheduled for July 20, 2022, at 11:00 a.m. is rescheduled to September 8, 2022 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
> Dated: June 14, 2022

Re:   *Mejia v. Spartan Race, Inc.*
      Case No. 1:22-cv-03674-PGG-SDA

Dear Judge Aaron:

We were just recently engaged to represent defendant Spartan Race, Inc. in this case. We write, pursuant to Section I.D. of Your Honor's Individual Practices and with Plaintiff's consent, to respectfully request an extension of time for Spartan Race to answer, move, or otherwise respond to the Complaint and for an adjournment of the Initial Pretrial Conference.

According to the affidavit of service filed by Plaintiff on June 8, 2022, the Summons and Complaint were purportedly served upon an agent for Spartan Race on May 24, 2022. Based upon that information, Spartan Race's response to the Complaint would be due on June 14, 2022. We respectfully submit that an extension to July 19, 2022 for Spartan Race to respond to the Complaint is necessary to allow us time to sufficiently investigate Plaintiff's allegations and to prepare an adequate response to the Complaint. For the same reasons, Spartan Race respectfully requests an attendant adjournment of the Initial Pretrial Conference, presently scheduled for July 20, 2022, to a date after the Labor Day holiday and subject to the Court's calendar. This represents Spartan Race's first request for an extension of its time to respond to the Complaint and for an adjournment of the Initial Pretrial Conference.

We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully Submitted,

GORDON REES
SCULLY MANSUKHANI, LLP
*/s/ David J. Grech*
David J. Grech

1274050/68209946v.1

To: All counsel of record (via ECF)