DAVID J. GRECH
DGRECH@GRSM.COM

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/18/2022

July 18, 2022

**VIA ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. The initial pretrial conference currently scheduled for September 8, 2022 at 11:00 a.m. is rescheduled to October 13, 2022 at 11:00 a.m. SO ORDERED.
Dated: July 18, 2022

*[signature]*

Re:   *Mejia v. Spartan Race, Inc.*
      Case No. 1:22-cv-03674-PGG-SDA

Dear Judge Aaron:

We represent defendant Spartan Race, Inc. in this case. We write, pursuant to Section I.D. of Your Honor's Individual Practices and with Plaintiff's consent, to respectfully request an extension of time for Spartan Race to answer, move, or otherwise respond to the Complaint and for an adjournment of the Initial Pretrial Conference.

Since our last correspondence to the Court on June 13, 2022 (ECF Doc. 9), the parties have engaged in discussions aimed toward reaching an amicable resolution without the need for further Court intervention. Simply put, the parties need more time to continue their discussions.

We respectfully request an extension of time to August 18, 2022 for Spartan Race to respond to the Complaint and an attendant adjournment of the Initial Pretrial Conference, presently scheduled for September 8, 2022, to a date subject to the Court's calendar. This represents Spartan Race's second request for an extension of its time to respond to the Complaint and for an adjournment of the Initial Pretrial Conference. The prior request, also upon consent, was granted by the Court (ECF Doc. 10).

We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully Submitted,

GORDON REES
SCULLY MANSUKHANI, LLP
/s/ David J. Grech
David J. Grech

To: All counsel of record (via ECF)

1274050/69211910v.1